**DENIED and Opinion Filed May 22, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00486-CV**

**IN RE MICHAEL LEWIS AND MICHELLE SHUMATE, IN THEIR OFFICIAL CAPACITIES AS ASSISTANT PRINCIPALS AT HIGHLAND PARK SCHOOL, Relators**

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-06449**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Nowell

Before the Court are relators' May 19, 2023 petition for writ of mandamus and emergency motion for temporary relief. Relators challenge the trial court's May 19, 2023 Order on Plaintiffs' Emergency Ex Parte Motion for Temporary Injunction.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also deny relators' emergency motion as moot.

/Erin A. Nowell//

230486f.p05

ERIN A. NOWELL
JUSTICE